IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3055 |
| vs. | ORDER |
| MARCUS GREEN, | |
| Defendant. | |

This matter is before the Court on the government's suggestion of death and motion to dismiss (filing 62). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED that the indictment is dismissed without prejudice.

Dated this 28th day of February, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge